GIBSON, DUNN & CRUTCHER LLP
KIRK A. PATRICK, SBN 62362
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorney for Defendant
AETNA LIFE INSURANCE COMPANY

LAW OFFICES OF MARK L. WEBB
MARK L. WEBB, SBN 67959
ZACHARY S. TOLSON, SBN 242824
414 Gough Street, Suite Two
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorneys for Plaintiff,
DARIAN ASGARI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIAN ASGARI,<br><br>Plaintiff,<br><br>v.<br><br>AETNA INSURANCE COMPANY, DOE 1, AETNA LIFE INSURANCE COMPANY, and DOES 2 through 25,<br><br>Defendants. | CASE NO: 07-0695 MHP<br><br>HON. MARILYN H. PATEL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br><br>[Local Rule 6-1] |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1(a), by and between Plaintiff DARIAN ASGARI and Defendant AETNA LIFE INSURANCE COMPANY ("ALIC"), that, as Plaintiff Asgari intends to file an Amended Complaint in this matter, ALIC is relieved from responding to the Complaint in the above-captioned action by the time proscribed by Rule 81(c) of the Federal Rules of Civil Procedure.[1] The parties further stipulate that Plaintiff Asgari's Amended

---

[1] The parties will separately stipulate to dismiss Defendant AETNA INSURANCE COMPANY, now known as ACE PROPERTY AND CASUALTY COMPANY, from this action and
[Footnote continued on next page]

1 Complaint shall be filed on or before February 22, 2007 and that Defendant ALIC has twenty (20) days from the day that Plaintiff Asgari's Amended Complaint is filed to file its response to the Amended Complaint.

DATED: February 9, 2007

        GIBSON, DUNN & CRUTCHER LLP
        KIRK A. PATRICK

        By: /s/ Kirk A. Patrick /kc
              Kirk A. Patrick

        Attorney for Defendant
        AETNA LIFE INSURANCE COMPANY

DATED: February __, 2007

        LAW OFFICES OF MARK L. WEBB
        MARK L. WEBB
        ZACHARY S. TOLSON

        By:_____
              Mark L. Webb

        Attorneys for Plaintiff
        DARIAN ASGARI

100163858_1.DOC

---

[Footnote continued from previous page]
that such dismissal shall be with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

1  Complaint shall be filed on or before February 22, 2007 and that Defendant ALIC has twenty (20)
2  days from the day that Plaintiff Asgari's Amended Complaint is filed to file its response to the
3  Amended Complaint.
4  DATED: February __, 2007

GIBSON, DUNN & CRUTCHER LLP
KIRK A. PATRICK


By: _____
    Kirk A. Patrick

Attorney for Defendant
AETNA LIFE INSURANCE COMPANY


DATED: February 9, 2007

LAW OFFICES OF MARK L. WEBB
MARK L. WEBB
ZACHARY S. TOLSON


By: /s/ Mark L. Webb
    Mark L. Webb

Attorneys for Plaintiff
DARIAN ASGARI

100163858_1.DOC

**IT IS SO ORDERED**
/s/ Marilyn H. Patel
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 2/14/2007

_____
[Footnote continued from previous page]
that such dismissal shall be with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Gibson, Dunn &
Crutcher LLP