1 | BRADLEY M. ZAMCZYK (SBN 151753)
HINSHAW & CULBERTSON LLP
2 | One California Street, 18th Floor
San Francisco, CA 94111
3 | Telephone: 415-362-6000
Facsimile: 415-834-9070
4 | Attorneys for Defendant
ACE PROPERTY AND CASUALTY COMPANY,
5 | now known as, and erroneously sued herein as,
AETNA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIAN ASGARI, | Case No. 07-0695 MHP |
| Plaintiff, | HON. MARILYN H PATEL |
| vs. | STIPULATION OF DISMISSAL |
| AETNA INSURANCE COMPANY, DOE 1, AETNA LIFE INSURANCE COMPANY, and DOES 2 through 25, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that the above-captioned action against defendant AETNA INSURANCE COMPANY, now known as, and erroneously sued herein as, ACE PROPERTY AND CASUALTY COMPANY, be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

1

STIPULATION OF DISMISSAL
*Asgari v. Aetna, et al.* US District Court, Northern District of California, Case No. 07-0695 MHP

Dated: February 7, 2007

By: HINSHAW & CULBERTSON, LLP

_____
BRADLEY M. ZAMCZYK
Attorneys for Defendant
ACE PROPERTY AND CASUALTY COMPANY, formerly known as, and erroneously sued herein as AETNA INSURANCE COMPANY

Dated: February 13, 2007

By: LAW OFFICES OF MARK L. WEBB

_____
MARK L. WEBB
Attorney for Plaintiff
DARIAN ASGARI

Dated: February 7, 2007

GIBSON, DUNN & CRUTCHER LLP

_____
KIRK A. PATRICK
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

2954304      2/23/2007

**IT IS SO ORDERED**

/s/ Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA