UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**FILED**
MAR 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIAN ASGARI,<br><br>　　Plaintiff,<br><br>v.<br><br>AETNA INSURANCE COMPANY, DOE 1, AETNA LIFE INSURANCE COMPANY, and DOES 2 through 25,<br><br>　　Defendants. | CASE NO. 07-0695 MHP<br><br>HON. MARILYN H. PATEL<br><br>[~~PROPOSED~~] ORDER EXTENDING THE TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT |

Based on Aetna Life Insurance Company's ("ALIC") *ex parte* application, and good cause appearing therefore,

IT IS ORDERED that:

√ The Court determines, in accordance with its Standing Order, ALIC's Motion to Dismiss shall be due after the May 14, 2007 initial case management conference and at a time that is consistent with any Scheduling Order entered by the Court after that conference.

_____ The Court hereby grants leave for ALIC to file its Motion to Dismiss prior to the May 14, 2007 initial case management conference. ALIC shall file its motion twenty (20) days after the date that the Court enters its Order on the instant *ex parte* application.

DATED: March 16, 2007

_____
Honorable Marilyn H. Patel
District Court Judge, Northern District of California

100183763_1 (Ex Parte Application to Extend Time) (2).DOC

Gibson, Dunn & Crutcher LLP

4

*Ex Parte* Application and [Proposed] Order Extending The Time To Respond to the First Amended Complaint - C-07-0695 MHP