LAW OFFICES OF MARK L. WEBB
MARK L. WEBB (SBN 067959)
info@markwebb.com
414 Gough Street, Suite Two
San Francisco, CA 94102
Telephone: (415) 621-4500
Facsimile: (415) 621-4173

Attorney for Plaintiff,
DARIAN ASGARI

GIBSON, DUNN & CRUTCHER LLP
KIRK A. PATRICK (SBN 62362)
kpatrick@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIAN ASGARI,<br><br>    Plaintiff,<br><br>    v.<br><br>AETNA INSURANCE COMPANY, DOE 1, AETNA LIFE INSURANCE COMPANY, and DOES 2 through 25,<br><br>    Defendants. | **CASE NO.: 07-0695 MHP**<br><br>**HON. MARILYN H. PATEL**<br><br>**STIPULATION FOR CONTINATION OF CASE MANAGEMENT CONFERENCE AND ALIC'S RESPONSE TO THE FAC**<br><br>[Local Rule 6-2] |

Pursuant to Local Rule 6-2, Plaintiff DARIAN ASGARI and Defendant AETNA LIFE INSURANCE COMPANY ("ALIC"), hereby stipulate to the following:

1. The primary claim at issue in this litigation is whether a surgical procedure Mr. Asgari wishes to have performed, i.e., artificial disc replacement at two levels rather than one level, would be considered experimental and investigational and thus not covered by Mr. Asgari's

1  employee welfare benefit plan. The outcome of the independent medical review has the potential
2  of rendering the instant litigation unnecessary. Mr. Asgari is presently in the process of
3  submitting information as part of the independent medical review.

4      2.    The parties agree that it is in the interest of this Court as well as the parties to
5  postpone the pending deadlines until after Plaintiff Asgari has had an opportunity to complete this
6  independent medical review process.

7      3.    Pursuant to the Court's ADR Scheduling Order, the Case Management Conference
8  in this matter shall take place on May 14, 2007. [Docket No. 2.] This Order also requires the
9  parties to complete initial disclosures or state objections in the Rule 26(f) Report, file Case
10 Management Statement, and file and serve the Rule 26(f) Report by May 7, 2007. *Id.*

11     4.    Additionally, on March 20, 2007, the Court ordered that ALIC's response to the
12 First Amended Complaint ("FAC") shall be due after the May 14, 2007 initial Case Management
13 Conference and at a time consistent with any Scheduling Order entered by the Court after that
14 conference. [Docket No. 16.]

15 NOW THEREFORE, Plaintiff Asgari and ALIC hereby stipulate and agree to the
16 following schedule regarding: (1) the initial Case Management Conference and its related
17 scheduling requirements, and (2) ALIC's response to the FAC:

18     1.    The initial Case Management Conference shall be continued from May 14, 2007 to
19 June 18, 2007.

20     2.    The last day to complete initial disclosures or state objection in the Rule 26(f)
21 Report, file Case Management Statement, and file and serve the Rule 26(f) Report shall be June
22 11, 2007.

23     3.    ALIC's response to the FAC shall not be due until after the June 18, 2007 initial
24 Case Management Conference and consistent with any Scheduling Order that the Court may enter
25 after that conference.

26 / / /
27 / / /
28

STIPULATION FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE
AND ALIC'S RESPONSE TO THE FAC – 07-0695 MHP
Page -2-

```
 1 | DATED: April 30, 2007                LAW OFFICES OF MARK L. WEBB
 2 |
 3 |                                      By: /s/ Mark L. Webb
 4 |                                          MARK L. WEBB
 5 |                                          Attorney for Plaintiff DARIAN ASGARI
 6 |
 7 | DATED: April 30, 2007                GIBSON, DUNN & CRUTCHER LLP
 8 |
 9 |                                      By: /s/ Kirk A. Patrick
10 |                                          KIRK A. PATRICK
11 |                                          Attorney for Defendant AETNA LIFE INSURANCE
12 |                                          COMPANY
13 |
14 |         PURSUANT TO STIPULATION, IT IS SO ORDERED,
15 |
16 |
17 | DATED: 5/2/2007                      BY: _____
18 |                                          HON. MARILYN H. PATEL
19 |
```

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Asgari v. AETNA Life Insurance Company*

# **PROOF OF SERVICE**

I, the undersigned, declare as follows:

    I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 414 Gough Street, Suite Two., San Francisco, California 94102, in said County and State.

    On **May 1, 2007** caused to be served the following documents:

**STIPULATION FOR CONTINUATION OF CASE MANAGEMENT CONFERENCE AND ALIC'S RESPONSE TO THE FAC**

    on the parties in this action as follows:

Kirk A. Patrick
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071-3197

☐ [BY MAIL] I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail in San Francisco, California. I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY PERSONAL SERVICE] The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

☒ [VIA FACSIMILE] I caused to be transmitted the above-named documents at approximately __4__ p.m. via facsimile number 415-621-4173. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. The transmission report was properly issued by the transmitting facsimile machine, a copy of which is attached pursuant to Rule 2009(I)(4).

☐ [VIA FEDERAL EXPRESS] I am "readily familiar" with the practice of The Law Offices of Mark L. Webb for collection and processing of correspondence for deposit with Federal Express for overnight delivery service. Correspondence for collection and processing is either delivered to a courier or driver authorized by Federal Express to receive documents or deposited by an employee or agent of this firm in a box or facility regularly maintained by Federal Express that same day in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 1, 2007** in San Francisco, California.

                                               /s/ A. Amanda Beck
                                           A. Amanda Beck