KIRK A. PATRICK, SBN 62362
kpatrick@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorney for Defendant
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARIAN ASGARI,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA INSURANCE COMPANY, DOE 1, AETNA LIFE INSURANCE COMPANY, and DOES 2 through 25,<br><br>    Defendants. | **CASE NO: 07-0695 MHP**<br><br>**HON. MARILYN H. PATEL**<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the parties in this matter, DARIAN ASGARI, plaintiff, and AETNA LIFE INSURANCE COMPANY, defendant, hereby stipulate that the action be dismissed in its entirety with prejudice.

DATED: July 30, 2007

                              MARK L. WEBB
                              LAW OFFICES OF MARK L. WEBB

                              By_____
                                 Mark L. Webb
                                 Attorneys for Plaintiff
                                 Darian Asgari

DATED: July 20, 2007

KIRK A. PATRICK
RACHEL S. BRASS
GIBSON, DUNN & CRUTCHER LLP

By /s/ Kirk A. Patrick
Kirk A. Patrick
Attorneys for Defendant
Aetna Life Insurance Company

100236178_1.DOC

8/1/2007

**IT IS SO ORDERED**
/s/ Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA